UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 15−32346
 Chapter 13
Jessica Shears,

    Debtor.

# ORDER

This case is before the court on the following matter:

*22* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Richard D. Shinbaum on behalf of Jessica Shears. Responses due by 12/11/2017. (Attachments: # 1 Exhibit) (Shinbaum, Richard)

It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated December 12, 2017

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge